**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Eric D. Poalino, having been duly sworn, state;

## Identity of Law Enforcement Officer Making Request

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) since June of 2021. As part of my current and previous assignments, I routinely investigate matters pertaining to violent crime, firearms, and narcotics trafficking. I have investigated matters involving drug and firearms trafficking organizations. I have also initiated and/or participated in investigations involving the organized distribution of illegal drugs, firearms and money laundering offenses and participated in arrests for drug related offenses. I have conducted or participated in physical surveillance, consensual monitoring of conversations, the execution of search warrants, the operation and debriefing of informants, and have reviewed recorded conversations relating to drug and firearm transactions, some of which used coded and cryptic language when referencing drugs. Through training, education, and experience, I have become familiar with the way illegal drugs and firearms are transported, stored, distributed, and the methods of payment. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

2. The statements contained in this affidavit are based in part on information I have learned through my own investigation, experience, and with the FBI. The statements are also based on information gained from other law enforcement officials and individuals who have assisted in this investigation. Not every fact known has been placed in this affidavit. This affidavit is being submitted for the purpose of a criminal complaint. I have not included each and every fact known to me concerning this investigation.

**Offenses Being Committed**

3. The targeted individual is involved with the distribution of fentanyl pursuant to Title 18, United States Code, Section 922(g)(1): Possession of a Firearm by a Prohibited Person.
   a. The potential penalties for a violation of 18 U.S.C. 922(g)(1) includes a potential term of imprisonment of not more than 15 years.

**Facts Establishing Probable Cause**

4. I am familiar with MILLER who has a date of birth xx/xx/2000. I have reviewed his criminal history and observed he was Indicted in Jefferson County Circuit Court Case Number 23-CR-000862-002 on April 26, 2023 for Convicted Felon in Possession of a Handgun, Complicity to Possess Marijuana, and Complicity to Traffic Marijuana, Less Than 8OZ – First Offense. According to Court records, MILLER entered a plea of guilty to the amended felony charge of Tampering with Physical Evidence and a misdemeanor charge of possession of marijuana on October 18, 2023. MILLER was convicted and sentenced to a three-year suspended sentence for tampering count, a concurrent 45-day sentence for the marijuana, and five years of probation. I note that MILLER remains on

probation to the present day. Accordingly, MILLER is a convicted felon and is prohibited from possessing firearms under federal law.

5. MILLER's court record also reports that he was charged by the Oldham County Circuit Court for Trafficking in a Controlled Substance 1st Offence – (Heroin), Trafficking in Marijuana, Less than 8 OZ – 1st Offense, and Possession of an Open Alcohol Beverage Container in a Motor Vehicle on June 3, 2021. The heroin charge was amended down to Trafficking in a Controlled Substance, 1st Offence which was dismissed by diversion and the remaining charges were dismissed with no further information on the docket.

6. MILLER had another series of charges from the Jefferson County District Court including Criminal Possession of a Forged Instrument – 1st Degree, Criminal Possession of a Forged Instrument – 3rd Degree, Obscuring the Identity of a Machine $500 < $10,000, Improper Plate Registration, Promoting Gambling – 2nd Degree, and Criminal Littering between September and December of 2020. All of these charges were amended down and dismissed with the exception of the criminal littering charge where MILLER was convicted and sentenced to a conditional discharge of 2 years with 365 days in jail.

7. Based on the review of MILLER's court record I have established that he has a history of firearm possession, fraud, and drug distribution, to wit: marijuana and heroin.

8. On September 17, 2026 investigators established surveillance around the residence of 9402 High Brook Court, Apartment 104, Louisville, KY 40291. Investigators previously obtained federal search warrants for that premises and the body of Deven MILLER, an occupant of that unit.

9. Later that morning a silver Nissan Maxima pulled into the parking lot operated by Quran BARNETT. Investigators know from the course of the investigation that BARNETT is an associate of MILLER. As MILLER approached the car an FBI agent identified and

reported a gun tucked inside MILLER's waistband. MILLER was on the passenger side of the Nissan but before he could enter, investigators exited their vehicles and identified themselves as law enforcement.

10. MILLER fled on foot and where he was apprehended a short distance later. On his person was approximately $429 in cash, a wallet, and a prepackaged marijuana product with a caution statement reading "GOVERNMENT WARNING: THIS PRODUCT CONTAINS CANNABIS. A SCHEDULE I CONTROLLED SUBSTANCE…" Photos of the front and back of this product follow:







11. On the passenger side of the Nissan was a Glock pistol with an extended magazine. A photo of the gun as it rested next to the vehicle follows:



12. Investigators examined the weapon and determined it was a Glock 27 pistol, chambered in .40 caliber. The magazine was loaded with .40 caliber ammunition. I inspected the receiver of the firearm and noted the gun appears to have been manufactured in Smyrna, GA but the serial plate has been removed. Serial number PXZ375 appears on the slide and barrel but not on the receiver where mandated by law. Photos of the receiver follow:

, 




13. Because the Glock pistol was manufactured in Austria, not the Commonwealth of Kentucky, the pistol travelled in interstate commerce prior to being possessed by MILLER.

14. Investigators obtained Ring camera footage of MILLER as he exited the apartment complex. He can be seen carrying a white trash bag and gripping what appears to be a gun in his waistband. Screenshots of this video follows:



15. Investigators recovered the contents of the white trash back which MILLER placed in the back of the Nissan. Investigators observed and smelled the presence of marijuana in the Nissan, and also obtained consent from the Nissan's operator, to search the back seat.

Investigators found the white trash bag which contained blenders, a scale with suspected drug residue, and a bottle of Miralax which investigators know to be commonly used in drug manufacture and distribution. Photos of the contents follow:









[REST OF PAGE INTENTIONALLY LEFT BLANK]

**Conclusion**

Based on the evidence gathered in this investigation, Affiant there is probable cause to issue a criminal complaint and arrest warrant for **Deven MILLER** for a violation of Title 18, United States Code, Sections 922(g)(1), Possession of a Firearm or Ammunition by a Prohibited Person.

/s/ Eric Poalino

Eric Poalino
Special Agent, Federal Bureau of Investigation

Sworn to me and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) this 18 day of September 2026.

Colin Lindsay

UNITED STATES MAGISTRATE JUDGE